IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4441

WILLIE FLOYD,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 28, 2015.

Petition – Ineffective Assistance of Counsel – Original Jurisdiction.

Willie Floyd, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Respondent.


PER CURIAM.

      DENIED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.